# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Zomord Co. | ) | ASBCA No. 59065 |
| | ) | |
| Under Contract No. H92236-07-P-4330 | ) | |

APPEARANCE FOR THE APPELLANT:   Mr. Casier Fahmee
                                President

APPEARANCES FOR THE GOVERNMENT:   Lt Col James H. Kennedy III, USAF
                                  Air Force Chief Trial Attorney
                                  Sarah L. Stanton, Esq.
                                  Capt Eric J. Singley, USAF
                                  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 September 2014

PAUL WILLIAMS
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59065, Appeal of Zomord Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals